**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

Kaufman Dolowich & Voluck, LLP
Court Plaza North
25 Main Street, Suite 500
Hackensack, New Jersey 07601-7086
Telephone: 201.488.6655
Facsimile: 201.488.6652
www.kdvlaw.com

**Christopher J. Turano, Esq.**
**Of Counsel**
**Direct E-Mail: cturano@kdvlaw.com**
**Direct Dial: 201-708-8259**

October 29, 2021

**VIA CM/ECF**
Clerk, United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, N.J. 07101

  Re: **Pritchard v. Greensky, LLC, et al.**
    **Docket No.: ESX-L-7150-21**
    KDV File No.: 130021-0003

Dear Sir/Madam:

  This firm represents defendants GreenSky, LLC d/b/a GreenSky Installment and GreenSky Servicing, LLC, (collectively "GreenSky") in the above-referenced matter. Enclosed please find the following documents for filing with the Court:

  (1) Defendants, GreenSky, LLC d/b/a GreenSky Installment and GreenSky Servicing, LLC's Notice of Removal (with annexed exhibit);

  (2) The required Civil Coversheet; and

  (3) and Certificate of Service.

  Thank you for your attention in this regard. Should you have any questions or concerns, please contact me at your convenience.

        Very truly yours,

        **Kaufman Dolowich & Voluck LLP**

        By: /s/ *Christopher J. Turano*
          CHRISTOPHER J. TURANO

CT:kc
Enclosures
cc: Youngmoon Kim, Esq., (via CM/ECF)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISA A. PRITCHARD, on behalf of herself and those similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>GREENSKY, LLC d/b/a GREENSKY INSTALLMENT; GREENSKY SERVICING, LLC; and JOHN DOES 1 to 10.<br><br>    Defendants. | CIVIL ACTION NO.<br>_____<br><br>**NOTICE OF REMOVAL**<br><br>(From: Superior Court of New Jersey Law Division: Essex County Docket No. ESX-L-7150-21) |

**TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

**ON NOTICE TO:**

    Clerk, United States District Court
    District of New Jersey
    Martin Luther King Building & U.S. Courthouse
    50 Walnut Street, Room 4015
    Newark, N.J. 07101

    Clerk, Superior Court of New Jersey
    Essex County Courthouse
    470 Martin Luther King Jr. Boulevard
    Newark, N.J. 07102

    Youngmoon Kim, Esq.
    Kim Law Firm, LLC
    411 Hackensack Ave., Suite 701
    Hackensack, N.J. 07601
    Tel.: 201-273-7117

ymkim@kimlf.com
*Attorneys for Plaintiff,*
*Lisa A. Pritchard, on behalf of herself and those similarly situated*

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332(d), 1441, 1446, and 1453, Defendants, GreenSky, LLC d/b/a GreenSky Installment and GreenSky Servicing, LLC, (collectively "GreenSky"), hereby remove this action from the Superior Court of New Jersey, Law Division, Civil Part, Essex County Vicinage ("State Court"), to the United States District Court for the District of New Jersey. As grounds for removal, GreenSky states as follows:

### I.  FACTUAL BACKGROUND AND PARTIES.

1. On September 22, 2021, Plaintiff Lisa A. Pritchard ("Plaintiff") filed a putative class-action petition (hereinafter "Complaint") in the Superior Court of New Jersey, Law Division, Civil Part, Essex County Vicinage, Docket No. ESX-L-7150-21, against GreenSky. The Complaint alleges two causes of action against GreenSky for violation of 15 U.S.C. § 1681 (Fair Credit Reporting Act). See Complaint, a true and accurate copy of which along with the Summons, are collectively attached hereto as "Exhibit A."

2. Plaintiff is an individual who is a resident and domiciled in the State of New Jersey. See id., ¶ 3.

3. Plaintiff alleges that she did not seek any credit from GreenSky and that GreenSky obtained her information from a consumer reporting agency on April 20, 2018. See id., ¶¶ 13-15.

4. GreenSky was served with the Complaint on September 29, 2021. See proof of service upon GreenSky, attached hereto as "Exhibit B."

5. GreenSky is a limited liability company existing under the laws of the State of Georgia with its principal place of business at 5565 Glenridge Connector, Suite 700, Atlanta, GA 30342.

6. To date, Greensky has not yet filed an Answer in the State Court action.

## II. THE REQUIREMENTS FOR REMOVAL ARE SATISFIED.

7. ***Original Jurisdiction.***  Pursuant to 28 U.S.C. § 1331, "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

8. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

9. Removal to the United States District Court for the District of New

3

Jersey is proper as this Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1441(a) because Plaintiff's lawsuit arises under the laws of the United States – namely, the Fair Credit Report Act ("FRCA"), 15 U.S.C. § 1681 et seq. More specifically, Plaintiff specifically alleges that Defendants are in violation of §1681(b), (f),(q), (n) and (p) and (o) of the Fair Credit Reporting Act, thereby unequivocally asserting a federal question.

10. Because Plaintiff's claims invoke a federal question, this Court has original jurisdiction of the above titled action pursuant to 28 U.S.C. § 1331. This action must therefore be removed to this Court pursuant to 28 U.S.C. § 1441(b).

11. ***Timeliness.*** The filing of this Notice of Removal and any related papers is timely made under 28 U.S.C. § 1446(b) because it has been filed within thirty (30) days of the September 29, 2021 date of service of the Complaint upon Greensky.

12. ***Consent of defendants.*** Pursuant to 28 U.S.C. § 1446(b)(2)(A), all Defendants to this action join in this Notice of Removal. In doing so, each Defendant reserves all rights to assert independent interest as to any issue or matter, including defenses and objections as to venue, personal jurisdiction, and service. The filing of this Notice of Removal is subject to, and without waiver of, any such defenses and objections.

13. ***Venue and Allocation.*** Venue is proper in the United States Court for

the District of New Jersey, and allocation is proper in the Newark Vicinage, pursuant to 28 U.S.C. §1441(a), because the State Court Action was filed in Essex County, New Jersey, which is within the Newark Vicinage of the United States District Court for the District of New Jersey.

### III. THE OTHER PROCEDURAL REQUISITES FOR REMOVAL ARE SATISFIED.

14. Pursuant to 28 U.S.C. § 1446(a) and (d), GreenSky has attached all process, pleadings, and any other orders served in State Court. See Exhibits A and B, attached hereto.

15. Pursuant to 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely filed.

16. Pursuant to 28 U.S.C. § 1446(d), GreenSky is simultaneously filing copies of this Notice of Removal (with exhibits and any related papers thereto), and a Notice of Filing of Removal, with the Clerk's Office of the Superior Court of New Jersey, Essex County, in order to effect removal of this action pursuant to 28 U.S.C. § 1446(d). A true and accurate copy of the Notice of Filing of Removal (which attaches this Notice of Removal as an exhibit thereto) is attached hereto as "Exhibit C."

17. Additionally, GreenSky has served a copy of this Notice of Removal on Plaintiff in the manner reflected in the annexed Certification of Service.

18.     Simultaneous with the filing of this Notice of Removal, GreenSky has also given written notice of the filing of this Notice of Removal to all parties in the manner reflected in the annexed Certification of Service as required by 28 U.S.C. § 1446(d).

**IV.   CONCLUSION.**

Pursuant to 28 U.S.C. §§ 1331, 1367(a), 1441 and 1446, Defendants, GreenSky, LLC d/b/a GreenSky Installment and GreenSky Servicing, LLC, (collectively "GreenSky") respectfully request that the above-captioned matter, now pending in the Superior Court of New Jersey, Law Division, Essex County Vicinage, be removed to the United States Court for the District of New Jersey. By this Notice, GreenSky does not waive any objections it may have to service, jurisdiction, venue, or any other defenses or objections to this action. GreenSky intends no admission of fact, law or liability by this Notice, and reserves all defenses, motions, and pleas. GreenSky prays that this action be removed to this Court for determination; that all further proceedings in the state court suit be stayed; and that GreenSky obtain all additional relief to which it is entitled.

Respectfully submitted on this 29th day of October, 2021.

**Kaufman Dolowich & Voluck, LLP**
*Attorneys for Defendants,*
*GreenSky, LLC d/b/a GreenSky Installment*
*and GreenSky Servicing, LLC*


By:   /s/ *Christopher J. Turano*
         Christopher J. Turano, Esq.